93–1546.   State v. Shindler.  *Wood County*, No. 92WD075.  On motion for leave to file *amicus* of Ohio Association of Criminal Defense Lawyers instanter.  Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

93–1552.   N. Perry v. Lake Cty. Budget Comm.  Board of Tax Appeals, Nos. 90–J–260, 91–J–279 and 92–B–267.  On motion for leave to file motion for reconsideration instanter.  Motion granted and motion to strike exhibits overruled.

WRIGHT and PFEIFER, JJ., dissent.

93–1629.   State ex rel. Domjancic v. Indus. Comm.  *Franklin County*, No. 92AP–37.  On request for oral argument.  Request denied.

93–1666.   Nationwide Mut. Ins. Co. v. Jones.  *Cuyahoga County*, No. 62779.  On motions for leave to file *amicus* of Ohio Academy of Trial Lawyers and for extension of time.  Motions granted.

93–1667.   State v. Bidinost.  *Cuyahoga County*, No. 62925.  On motion for leave to supplement the record.  Motion granted.

93–2130.   State v. Mayle.  *Carroll County*, No. 603.  On motion to reconsider denial of motion to compel.  Motion denied.

MOYER, C.J., not participating.

93–2131.   State v. Baker.  *Carroll County*, No. 608.  On motion to reconsider denial of motion to compel.  Motion denied.

MOYER, C.J., not participating.

93–2132.   In re Petition for Forfeiture of 1978 Kenworth Tractor.  *Carroll County*, No. 605.  On motion to reconsider denial of motion to compel.  Motion denied.

MOYER, C.J., not participating.

93–2153.   Johnson v. Cleveland Clinic Found.  *Franklin County*, No. 93AP–1032.  On motion for leave to supplement the record.  Motion granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

93–2303.   State v. Goines.  *Franklin County*, No. 93AP–654.  On motion to reconsider denial of extension.  Motion denied.

93–2350.   State ex rel. Pepsi Cola Bottling Co. v. Indus. Comm.  *Franklin County*, No. 92AP–1506.  On motion for leave to file appellant's brief instanter.  Motion granted.

F.E. SWEENEY, J., dissents.

93–2557.   State v. Chubb.  *Franklin County*, No. 93AP–172.  On motion to dismiss.  Motion denied.

PFEIFER, J., dissents.

94–33.   In re Adoption of Deems.  *Crawford County*, No. 3–93–12.  On motion for leave to file memorandum in support instanter.  Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

94–39.   Calmes v. Goodyear Tire & Rubber Co.  *Summit County*, No. 16163.  On motion for leave to amend memorandum in support.  Motion granted.

F.E. SWEENEY, J., dissents.

94–171.   State v. Simpson.  *Stark County*, No. CA–9504.  On motion for leave to file delayed appeal.  Motion denied.

94–237.   Clum v. Searcy.  *Tuscarawas County*, No. 93AP070046.  On motions for leave to file *amicus* of Action Ohio et al. and National Center on Women and Family Law, Inc. et al.  Motions granted.

94–313.   State v. Bekesz.  *Lake County*, No. 92–L–038.  On motion for leave to file delayed appeal.  Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.